IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KORINTHIAN WILSON,

                             Plaintiff,

  v.                                                      OPINION and ORDER

JANE and JOHN DOE(S),                            25-cv-305-jdp

                             Defendants.

---

Plaintiff Korinthian Wilson, proceeding without counsel, alleged that defendants stood by when his shackles became tangled as he exited a van, which caused him to fall and injure himself. Dkt. 1. I dismissed Wilson's complaint for failure to state a claim for which I could grant relief. Dkt. 7. I initially gave Wilson until August 7, 2025, to amend the complaint to fix that problem, and I cautioned him that I would dismiss the case if he failed to comply with that order. I later extended the time to amend the complaint to August 19, 2025. Wilson did not amend the complaint. Nor did Wilson seek another extension of time or otherwise explain his failure to comply with those orders.

I will dismiss the complaint for failure to state a claim for the reasons in my screening order, and I will direct the clerk to record a strike against Wilson under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of dismissal is not want of prosecution but failure to state a claim, one of the grounds in section 1915(g) for calling a strike against a prisoner plaintiff."); *see also Boyd v. Bellin*, 835 F. App'x 886, 889 (7th Cir. 2021) (affirming district court's dismissal, which issued a strike based on plaintiff's failure to

state a federal claim, and acknowledging relinquishment of supplemental jurisdiction over negligence claim).

ORDER

IT IS ORDERED that:

1. Plaintiff Korinthian Wilson's complaint, Dkt. 1, DISMISSED with prejudice for failure to state a claim for which I could grant relief.

2. A strike is to be recorded against plaintiff under 28 U.S.C. § 1915(g).

3. The clerk is directed to enter judgment and close the case.

Entered September 5, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge